UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN BELLEFANT,

        Plaintiff,

v.

CLEOPHUS BRAY, *et al.*,

        Defendants.
_____/

Case No. 23-cv-10666
Hon. Matthew F. Leitman

**ORDER DENYING DEFENDANT'S**
**MOTION TO DISMISS (ECF No. 45)**

On October 2, 2024, the Court held a hearing on Defendant Sharon Oliver's motion to dismiss the claims Plaintiff Stephen Bellefant has brought against her in this action. (*See* Mot., ECF No. 45.)  For the reasons explained on the record during the motion hearing, the motion is **DENIED**.

In addition, as discussed during the hearing, the Court **GRANTS** Bellefant leave to serve a discovery request for his medical file from the Michigan Department of Corrections.  Once Bellefant receives those records, his counsel should promptly review them and conduct a substantive meet and confer with counsel for all Defendants to discuss a plan for phased discovery as described during the motion hearing.  Counsel for Bellefant shall contact the Court after that meet and confer,

1

and the Court will then schedule a status conference with counsel for all Defendants to discuss next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126